**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| JUSTIN LEE WILLIAMS AND<br>GIOVANNI QUINTANILLA, | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| | ) | |
| v. | ) | Civil No. 3:16-cv-02797 |
| | ) | Judge Trauger |
| SONNY WEATHERFORD, *Sheriff for Sumner* | ) | |
| *County Jail* AND SONYA TROUTT, *Jail* | ) | |
| *Administrator for Sumner County Jail*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**ORDER**

On December 14, 2016, the magistrate judge issued a Report and Recommendation

(DE #24), to which no timely objections have been filed.  The Report and Recommendation is

therefore ACCEPTED and made the findings of fact and conclusions of law of this court.  For

the reasons expressed therein, it is hereby ORDERED that the motion for a temporary restraining

order filed by plaintiff Justin Lee Williams (Docket No. 20) is DENIED as moot without

prejudice.

The court notes that plaintiff Giovanni Quintanilla appears to have personally signed a

filing in the case entitled "Theory of Case" (Docket No. 31) and that the plaintiffs have renewed

their Motion for Temporary Restraining Order (Docket No. 35), which the magistrate judge will

be considering.

This case is sent back to the magistrate judge for further handling under the original

referral order.

It is so **ORDERED**.

ENTER this 10th day of January 2017.

_____

ALETA A. TRAUGER
U.S. District Judge